Abraham WEINER, Appellant, v. Frank R. CREEDON, Housing Expediter, Office of the Housing Expediter.

No. 9760.

United States Court of Appeals Third Circuit.

Argued Jan. 7, 1952.

Decided Jan. 7, 1952.

Before BIGGS, Chief Judge, GOODRICH, Circuit Judge, and BURNS, District Judge.

Abraham Weiner, pro se.

Conrad G. Moffett, of Philadelphia, Pa., Office of Rent Stabilization, Philadelphia, for appellee.

PER CURIAM.

Abraham Weiner has filed a motion in the above entitled cause for leave to file an appeal. On August 16, 1948, the appeal of Weiner was dismissed for want of prosecution. This court is without jurisdiction to grant the relief sought and hence the present motion will be denied.

Ada M. CLAY, and Ada M. Clay as Executrix of the Estate of Wallace M. Clay, Deceased, Defendants-Appellants v. SINCLAIR REFINING COMPANY, a Corporation, Plaintiff-Appellee.

SINCLAIR REFINING COMPANY, a Corporation, Plaintiff-Appellant v. Ada M. CLAY, and Ada M. Clay as Executrix of the Estate of Wallace M. Clay, Deceased, Defendants-Appellees.

Nos. 11388, 11389.

United States Court of Appeals Sixth Circuit.

Jan. 21, 1952.

Carpenter & Carpenter, Tiffin, Ohio, for Ada M. Clay.

Hubert B. Fuller, Cleveland, Ohio, Eugene M. Hines, Chicago, Ill., for Sinclair Refining Co.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This appeal and cross-appeal were heard upon the transcript of the record, briefs and arguments of counsel and upon consideration thereof the Court is of the opinion that there is no reversible error upon the record.

It is therefore ordered, adjudged and decreed that the judgment appealed from be and the same is in all things affirmed upon the grounds and for the reasons set forth in the memorandum Opinion of the District Judge filed January 4, 1951, 102 F. Supp. 732 and the findings of fact and conclusions of law filed January 16, 1951.